December 5, 2013


The Honorable Frederick Motz
United States District Court of Maryland
101 West Lombard Street
Baltimore, MD  21201

Re:   USA v. Abdo Nagi
      Case No.:  13-cr-000487
      Status Report

Dear Judge Motz:

I wish to report the status of the case assigned to Your Honor.

I contacted AUSA Wise by email yesterday.  We have been provided with information which causes us to believe that plea negotiations might be helpful.

Counsel expects that the government will send an offer to the defendant in due course.

Very truly yours,

  /s/

Edward Smith, Jr., Esquire

ESJr/dvb

Cc:   Edith Okoroigbo
      Abdo Nagi