IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. JFM 13-0487 |
| ) | |
| ABDO MOHAMED NAGI, ) | |
| ) | |
| Defendant ) | |
| _____) | |

## **STIPULATIONS**

The United States of America, by its undersigned attorneys, and the defendant, by his undersigned attorneys, herein stipulate and agree as follows:

1. The following are certified domestic records of a regularly conducted activity pursuant to Federal Rules of Evidence 803(g) and 902(11) and are admissible as such without the need for further certification or testimony:

    a. Data maintained by the Food and Nutrition Service on food stamp redemptions at New York Deli and Grocery;

    b. FNS Form 252 submitted for New York Deli and Grocery dated January 18, 2011; and

    c. Account records for M&T Bank account number #9852702936.

2. On the dates listed below, for the redemption amounts listed below and using the card numbers listed below, an interstate wire communication was transmitted from New York Avenue Deli in Baltimore, Maryland, to the Maryland Electronic Benefit Transfer (EBT) database, which is located at a Xerox Data Center in Texas:

    a. On February 11, 2013, an EBT redemption in the amount of $105.00 for an EBT card with a number ending in 6047;

b.  On February 11, 2013, an EBT redemption in the amount of $104.00 for an EBT card with a number ending in 6047;

c.  On March 11, 2013, an EBT redemption in the amount of $125.00 for an EBT card with a number ending in 5676;

d.  On March 11, 2013, an EBT redemption in the amount of $119.25 for an EBT card with a number ending in 5676;

e.  On March 11, 2013, an EBT redemption in the amount of $55.00 for an EBT card with a number ending in 5676; and

f.  On March 11, 2013, an EBT redemption in the amount of $99.97 for an EBT card with a number ending in 5676.

Respectfully submitted,

_____/s/_____  
Edward W. Smith, Jr., Esq.  
Edith Oculki, Esq.  
2225 St Paul St, Baltimore, MD 21218  
Baltimore, MD 21201  
(410) 366-0494  

*Counsel for Abdo Mohamed Nagi*

_____/s/_____  
Leo J. Wise  
Assistant United States Attorney  
36 South Charles Street, Fourth Floor  
Baltimore, Maryland   21201  
(410) 209-4909  

*Counsel for the United States of America*